AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

**FILED**
DEC - 4 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 4:18 MJ 6401 PLC
a one-story single family residence located at 43 Marquette Drive, Florissant, Missouri, )
63031, within the Eastern District of Missouri. There is an attached single car garage at the )
residence. The roof is constructed of dark gray in color shingles and the residence is )
covered with off white in color siding. Under the covered porch, above the mailbox, to left )
of the front door, the black in color numbers "43" are displayed on an off white background. )
SEE ATTACHMENT A

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____EASTERN_____ District of _____MISSOURI_____
*(identify the person or describe the property to be searched and give its location)*:

43 Marquette Drive, Florissant, Missouri, 63031

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before _____December 17, 2018_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Patricia L. Cohen, U.S. Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 12/4/18  2:38 P.M.       *Patricia L. Cohen*
                                               *Judge's signature*

City and state:       St. Louis, MO            Honorable Patricia L. Cohen, U.S. Magistrate Judge
                                               *Printed name and title*

## ATTACHMENT A



**43 MARQUETTE DRIVE, FLORISSANT, MO  63031**

## ATTACHMENT B
### Items to be Seized

1. Controlled substances;

2. Paraphernalia for packaging, cutting, weighing and distributing controlled substances, including, but not limited to, scales, baggies and spoons;

3. Books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchasing and distribution of controlled substances and/or firearms;

4. Cellular telephones, telephone bills, invoices, packaging, cellular batteries and/or charging devices, cancelled checks or receipts for telephone purchase/service; address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers of sources of supply, of customers, and/or evidencing association with persons known to traffic in controlled substances or to facilitate such trafficking;

5. Photographs, in particular photographs of co-conspirators, assets, firearms, and/or of controlled substances;

6. United States Currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, papers, titles, deeds and other documents reflecting ownership of vehicles and property utilized in the distribution of heroin or which are proceeds from the distribution of heroin;

7. Books, records, receipts, pay stubs, employment records, bank statements and records, money drafts, letters of credit, money order and cashier's checks receipts, passbooks, bank checks and other items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money;

8. Papers, tickets, notes, schedules, receipts and other items relating to travel or transportation;

9. Indicia of occupancy, residency, rental and/or ownership of the vehicles and/or premises described above, including, but not limited to, utility and telephone bills, cancelled envelopes, rental or lease agreements and keys;

10. Firearms and/or weapons; and

11. Security systems, cameras, cables, recording devices, monitors, and other video surveillance equipment.